UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-61845-CIV-MORENO

STANLEY MCCRAY,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER DENYING CERTIFICATE OF APPEALABILITY AND ORDER DENYING REQUEST TO PROCEED IN FORMA PAUPERIS

THIS CAUSE came before the Court upon Petitioner's Application seeking Issuance of Certificate of Appealability **(D.E. No. 18)**, filed on **February 1, 2010**.

Appellant's motion for a certificate of appealability is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Appellant's motion to proceed *in forma pauperis* is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of February, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Clerk's Office Appeals Section
Counsel of Record